# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHESTER BALLARD,<br><br>　　　　Defendant. | Case No. 3:20-po-00220-DMC-1<br><br>Citation No. F5318229<br><br><br><u>ORDER</u> |

　　　　For good cause shown and on the government's request, this action is dismissed. All pending hearing dates are vacated.

　　　　IT IS DO ORDERED.

Dated:  March 15, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1